AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00432 |
| Daniel Warmus | ) Assigned to: Judge Harvey, G. Michael |
| DOB: XXXXXX | ) Assign Date: 5/17/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*                                                                 *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Daniel Edwards, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/17/2021

*Judge's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*