AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel Warmus<br><br>*Defendant* | ) ) ) Case No.<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Daniel Warmus_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __05/17/2021__

Digitally signed by G. Michael Harvey
Date: 2021.05.17 14:38:03 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__     __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __05.17.2021__, and the person was arrested on *(date)* __05.18.2021__
at *(city and state)* __Alden, New York__.

Date: __05/18/2021__

*Arresting officer's signature*

__DANIEL EDWARDS - SPECIAL AGENT__
*Printed name and title*