NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:21-cr-417-PLF

Daniel J. Warmus
      (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Charles Haskell
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Charles Haskell 888304007
*(Attorney & Bar ID Number)*

Law Offices of Charles R. Haskell, Esq.
*(Firm Name)*

641 Indiana Ave. NW
*(Street Address)*

Washington, DC 20004
*(City)*     *(State)*     *(Zip)*

202-888-2728
*(Telephone Number)*