NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

    vs.                           Criminal Number 1:21-CR-00417 PLF

DANIEL J. WARMUS
    (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING AS:

                RETAINED COUNSEL

                DANIEL J. DuBOIS 3052057 (NY Bar)

                DuBois Law

                390 ELMWOOD AVENUE
                BUFFALO, NEW YORK 14222
                716-563-6132
                ddlaw33@gmail.com