

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 15, 2021

**VIA EMAIL**

Dan DuBois
DuBois Law

      Re:    *United States v. Warmus*
               Case No. 21-cr-417-PLF

Dear Mr. DuBois:

    This is to memorialize the following preliminary discovery sent you via email on **July 11, 2021**, and **July 14, 2021**, via USAFX which contained the following materials:

    Serial 1: case initiation;
    Serial 2 and 1A_5754_01 SENSITIVE: Identification of Daniel Warmus
    Serial 3 and 1A_5799_01: Google preservation request
    Serial 4 and 1A_02_01: Verizon preservation request
    Serial 5 and 1A_01_01:  DMV records check and information
    Serial 6 SENSITIVE and 1A_02_02:  Warmus match report and photograph at Washington Monument
    Serial 7 and 1A_03_01-04: Utility checks, police reports and criminal history report
    Serial 8 and 1A_04_01-04: Employment information and photographs
    Serial 9 and 1A_05_01:  Call detail records and review
    Serial 10: Request for footage
    Serial 11 and 1A_07_01-02: Weapons checks
    Serial 12: Military history check
    Serial 13_1A_08_01-08 HIGHLY SENSITIVE: 8 photographs of Warmus inside the Capitol
    Serial 14 and 1A_09_01 HIGHLY SENSITIVE:  Reports documenting receipt of video footage and CD of video footage
    Serial 15 and 1A_10_01-02: Social Media Checks
    Serial 16 and 1A_06_01-11: Report documenting photographs of Warmus' residence and 11 photographs

Serial 17 and 1A_ 07_01-16:  Warmus' employment information, 15 photographs and registration materials
Serial 18, 1A_ 11_01-04 and 1A_12_01: Surveillance report, 4 photographs, and registration materials
Serial 19 and 1A_13_01:  Utilities confirmation and record for Warmus' residence
Serial 21 SENSITIVE, 1A_15_02, 1A_15_03, 1A_15_06, and 1A_15_08:  Searches for Warmus, passport and driver's license photographs, and photograph at Washington Monument
Serial 22 and 1A_17_01: Report documenting requisition of and CD containing homemade video
Serial 24 SENSITIVE:  License plate checks
Serial 25: Report documenting Warmus' YouTube Channel
Serial 27 and 1A_04_01 through 04_04: Form letter for entering warrant, arrest warrant. Complaint, complaint redacted and statement of facts
Serial 28 and 1A_20_01: Preservation letter to YoutTube (Google)
Serial 29 and 1A_21_01: Criminal history checks and report
Serial 30 and 1A_22_01: Records checks
Serial 32 and 1A_25_01: Criminal history check and record
Serial 33: Police contact
Serial 34: Review of Warmus' YouTube videos
Serial 35:  Search and seizure report of Warmus' residence
Serial 36:  Search and seizure report of Warmus' vehicle
Serial 38:  Report documenting interview of Warmus
Serial 39 and 1A_27_01-06: Firearm Surrender and receipts
Serial 40 and 1A_28_02-05:  Arrest and Complaint documents
Serial 41 and 1A_29_01, and 1A_29_03-04:  Search warrant documents
Serial 42 and 1A_30_01-02:  Documenting arrest and removing warrant
Serial 43 and 1A_31_01-02: Forensic examination of cell phone and receipts
Serial 44, 1A_32_01, 1A_33_01, 1A_34_01, 1A_35_01, 1A_36_01, 1A_37_01-03, 1A_38_01, 1A_39_01, 1A_40_01, 1A_41_01-03, and 1A_42_01:  Search of Warmus' residence, search warrants, vehicle photo logs, sketches, evidence logs, agent information, and property receipts
Serial 45: Comments by B. Frost
Serial 46: Report documenting hard drive of surveillance video
Serial 47, 1A_43_01 and 1A_44_01: Arrest of Warmus and notes
Serial 48 and 1A_45_01: Business reviews
Serial 50 and 1A_46_01-02:  Search warrant returns
Serial 51, 1A_47_01, and 1A_47_03: Google Search warrant
Serial 52 and 1A_48_02-34: Verizon search warrant returns
Serial 53: Video of Warmus
Serial 54 and 54 Import: Newspaper reporting of arrest
Serial 55 and 1A_49_01:  Google preservation
Serial 56 and 1A_50_01-02: Verizon search warrant
Serial 58 and 1A_52_01 SENSITIVE: Verizon Location information
Serial 59 and 59 Import: Cellbrite report

    Serial 60 and 1A_53_01-02: Google Search warrant returns
    Serial 61:  Google search warrant return
    Serial FIS 1 and 1_1A_01 and 02: Surveillance report, notes, and registration information
    Serial FIS 2 and 2_1A_02_01:  Surveillance report and notes
    Serial FIS 3 and 3_1A_03_01:  Surveillance report
    Serial FIS 4 and 4_1A_04_01-02:  Surveillance report and notes
    Serial FIS 5 and 5_1A_05_01:  Surveillance report and notes
    Serial FIS 6 and 6_1A_06_01-11: Surveillance repot and 11 photographs
    Serial FIS 7 and 7_1A_06_01-11: Surveillance report, registration materials, and 15 photographs
    Serial FIS 8 and 8_1A_11_01-04 and 1A_12_01: Surveillance report, 4 pictures and registration information
    Serial FIS 11 and 11_1A_08_01-03: Surveillance report, notes, and registration materials
    Serial FIS 12 and 12_1A_09_01:  Surveillance report and notes
    Serial FIS 13 and 13_1A_10_01:  Surveillance report and notes
    Serial FIS 14 and 14_1A_11_01:  Surveillance report and notes
    Serial FIS 15 and 15_1A_12_01-03:  Surveillance report, notes, and photograph
    Serial FIS 16 and 16_1A_13_01:  Surveillance report and notes
    Serial FIS 17 and 17_1A_14_01:  Surveillance report and notes
    Serial GJ 01 and 01_1A_5799_01: Google preservation information
    Serial GJ 02 and 01_1A_01_01: Records request to Google
    Serial GJ 03 and 01_1A_02_01: Verizon preservation request
    Serial GJ 04: Verizon records request
    Serial GJ 05 and 05_1A_04_01-02: Google records
    Serial GJ 06 and 06_1A_05_01: Verizon records
    Serial GJ 07: Utility records
    Serial ELA 2: CCTV of residence
    Video Capitol Grounds during January 6 Insurrection

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.  The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

    The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    This material is subject to the terms of the Protective Order issued in this case.

    I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to

light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

      Sincerely,

      /s/ *Monica A. Stump*
      Monica A. Stump
      Assistant United States Attorney

Enclosure(s)