# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-CR-417-PLF** |
| : | |
| **DANIEL WARMUS,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE FEBRUARY 8, 2022, STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and Defendant, Daniel Warmus, through counsel move this Court for a 21-day continuance of the Status Hearing set for February 8, 2022, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  In support of its motion, the parties state as follows:

1. Defendant is charged by Information with offenses related to crimes that occurred at the United States Capitol on January 6, 2021.

2. Since this Court arraigned Mr. Warmus, the United States has provided and continues to provide individualized discovery from the investigation of Defendant as well as discovery from other sources.  The United States expects to disclose additional discovery in the future.  The United States also has provided a formal, written plea offer, which Defendant intends to accept. However, the parties need additional time to finalize the plea paperwork and provide courtesy copies to the Court.

3. The parties have conferred on the case status and agreed that a 21-day continuance of the Status Hearing set for February 8 would assist the parties finalizing the plea paperwork.

The parties also agreed to toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Hearing. The parties further request that the Court conduct the next Status Hearing via videoconference.

Accordingly, the parties respectfully request that this Court grant this Motion to Continue the Status Hearing set for February 8, 2022, for an additional 21 days and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. from the date this Court enters an Order on this motion through and including the date of the next hearing on the basis that the ends of justice served by taking such actions outweigh the best

interest of the public and Defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

_____/s/_____
Daniel J. DuBois
DuBois Law Firm
3900 Elmwood Avenue
Buffalo, NY 14222
Ddlaw33@gmail.com
716-563-6132

and

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Monica A. Stump
Monica A. Stump
Assistant United States Attorney
PA Bar Number 90168
District of Columbia
Capitol Riot Detailee
Nine Executive Drive
Fairview Heights, Illinois 62208
Telephone No. (618) 622-3860
monica.stump@usdoj.gov